1014

No. 98–8046. IN RE RECTOR. Petition for writ of habeas corpus denied.

MARCH 22, 1999

No. A–648 (98–1441). ROE, WARDEN v. FLORES-ORTEGA. C. A. 9th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. D–2026. IN RE DISBARMENT OF FREYDL. Thomas Patrick Freydl, of Bloomfield Hills, Mich., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on January 19, 1999 [525 U. S. 1100], is discharged.

No. D–2052. IN RE DISBARMENT OF BAXTER. Jeffrey Lynn Baxter, of Leavenworth, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2053. IN RE DISBARMENT OF SHAFRAN. Michael Shafran, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2054. IN RE DISBARMENT OF SENTEEN. Walter Louis Senteen, Jr., of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.